# United States Court of Appeals for the Federal Circuit

———————————

November 6, 2020

**ERRATA**

———————————

Appeal No. 2019-2402

**VALEANT PHARMACEUTICALS NORTH AMERICA LLC, VALEANT PHARMACEUTICALS IRELAND LTD., DOW PHARMACEUTICAL SCIENCES, INC., KAKEN PHARMACEUTICAL CO., LTD.,**
*Plaintiffs-Appellants*

**v.**

**MYLAN PHARMACEUTICALS INC., MYLAN LABORATORIES LTD., MYLAN INC.,**
*Defendants-Appellees*

Decided:  November 5, 2020
Precedential Opinion

———————————

Please make the following change:

On page 6, line 10, change "Mylan" to —Valeant—.